1 | AMRANE COHEN, Chapter 13 Trustee
  | 770 The City Drive South, Suite 3300
2 | Orange, California 92868
  | Tel:(714)621-0200, Fax(714)621-0277

**FILED**
**JUL 31 2007**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| In Re: | CHAPTER 13 CASE NO.  SA-06-10774RK |
|---|---|
| CARLA JAN WILLIAMSON | NOTICE OF INTENT TO PAY CLAIMS |
| Debtor(s) | (New Creditor) |

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the claim has been assigned to a new Creditor. The Trustee intends to pay this claim to the new creditor as listed below. Unless, objection is made to the Clerk of the Court at 411 West 4th Street, Santa Ana, CA 92701 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest within fifteen(15) days from the date of this notice.

| PREVIOUS CREDITOR | NEW CREDITOR |
|---|---|
| TARGET NATIONAL BANK<br>C/O; WEINSTEIN & RILEY<br>2101 FOURTH AVE SUITE 900<br>SEATTLE, WA<br>98121 | ROUNDUP FUNDING LLC<br>MS 550 PO BOX 91121<br>SEATTLE, WA<br>98111-9221 |

**THE ABSENCE OF A WRITTEN OBJECTION, TIMELY FILED WITH THE COURT AND PROPERLY SERVED, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIMS AS LISTED ABOVE.**

Date: Jul 27, 2007

_____
AMRANE COHEN

ORIGINAL

Form #524 06/16/04                                                      0006

## PROOF OF SERVICE

I, CHRIS WILLISON         , am employed by Amrane Cohen, Chapter 13 Trustee.
On Jul 27, 2007, I served a true copy of the within NOTICE OF INTENT TO PAY
CLAIM on the following persons by mail:

| | |
|---|---|
| CARLA JAN WILLIAMSON<br><br>2104 GREENLEAF STREET<br><br>SANTA ANA, CA 92706 | GREGORY J DOAN<br>25401 CABOT RD<br>STE 119<br>LAGUNA HILLS, CA<br>92653 |
| TARGET NATIONAL BANK<br>C/O; WEINSTEIN & RILEY<br>2101 FOURTH AVE SUITE 900<br>SEATTLE, WA<br>98121 | ROUNDUP FUNDING LLC<br>MS 550 PO BOX 91121<br><br>SEATTLE, WA<br>98111-9221 |

I declare under penalty of perjury that the foregoing is true and correct.
Executed: Jul 27, 2007

_____
CHRIS WILLISON